```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   23cv3775 (DLC)
HK CAPITAL LLC,                        :
                                       :        ORDER
                         Plaintiff,    :
            -v-                        :
                                       :
FEDERAL DEPOSIT INSURANCE CORPORATION, :
as receiver for SIGNATURE BANK, et     :
al.,                                   :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This action was originally filed in state court. On May 1, 2023, the state court granted a motion of the Federal Deposit Insurance Corporation (the "FDIC") as Receiver for Signature Bank ("FDIC-Receiver") to stay the proceedings for 90 days. On May 4, the action was removed to federal court. On May 5, the action was assigned to this Court.

On May 8, FDIC-Receiver again moved to stay the proceedings either until the completion of the Administrative Claims Process established in 12 U.S.C. § 1821(d) or for 90 days. On May 9, the plaintiff filed a letter noting that it consented to a 90-day stay commencing on May 1, 2023. Accordingly, it is hereby

ORDERED that the proceedings in this case are stayed until July 31, 2023.

IT IS FURTHER ORDERED that the parties shall file a status

report on July 24, 2023.


Dated:    New York, New York
          May 11, 2023

                              _____
                                    DENISE COTE
                              United States District Judge