

The Law Firm of
**MOULINOS & ASSOCIATES**
Limited Liability Company

150 East 58th Street, 25th Floor, New York, New York 10155
Tel 212.832.5981 • Fax 212.832.5982

www.moulinos.com

**BY ECF**

October 5, 2023

The Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Stret – Room 1910
New York, New York 10007

      Re: *HK Capital LLC v. FDIC as Receiver for Signature Bank, et al.*
        Case No. 23 CV 03775 (DLC)

Dear Honorable Madame:

We represent the Plaintiff HK Capital LLC ("Plaintiff") in the above referenced action.

An Initial Pre-Trial Conference has been scheduled for November 7, 2023. We respectfully request an adjournment of this conference as I am required to appear in a mediation in another action which I anticipate shall last the entire day on November 7, 2023. The other parties which have appeared in this action each consent to our request. There have been no previous requests for an adjournment of this Conference.

We have conferred with the other parties herein and would like to propose that the Conference proceed at any time on any of the following dates: November 10, 15, 16, 17, 20 or 21.

We thank you for your courtesy and remain available to answer any questions you may have.

Yours faithfully,

Peter Moulinos

cc: John Orsini, Esq.
   Maxwell Jake Glass, Esq.
   Zachary J. Turquand, Esq.

*[Handwritten note: The conference is adjourned to 11/15/23 at 2:00 pm. Denise Cote 10/5/23]*