```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
HK CAPITAL LLC,                           :    23cv3775(DLC)
                                          :
                    Plaintiff,            :    ORDER
          -v-                             :
                                          :
FEDERAL DEPOSIT INSURANCE CORPORATION,    :
as receiver for SIGNATURE BANK, et        :
al.,                                      :
                                          :
                    Defendants.           :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of May 21, 2024 dismissed the plaintiff's claims against defendants FDIC-R1, FDIC-R2, FDIC-C, and Flagstar Bank. The plaintiff's claims against defendant Nicky G Development Group LLC ("Nicky G") survive. Accordingly, it is hereby

ORDERED that a status conference shall be held on **June 13, 2024 at 3:30 P.M.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         May 21, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge