UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HK CAPITAL LLC,

                Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Signature Bank,
FEDERAL DEPOSIT INSURANCE
CORPORATION in its Corporate Capacity,
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Signature Bridge
Bank, N.A., FLAGSTAR BANK, N.A., NICKY G
DEVELOPMENT GROUP LLC, AND
"JOHN DOE" #1-#10,

                Defendants.
-----------------------------------------------------------------x
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for Signature Bank,

                Third-Party Plaintiff,

v.

LOUIS GUADAGNO and ATLANTIC CONS
CO LLC

                Third-Party Defendants.
-----------------------------------------------------------------x

Case No. 1:23-cv-3775

**STIPULATION TO DISMISS CLAIMS AGAINST NICKY G DEVELOPMENT GROUP LLC AS SET FORTH IN THIRD AMENDED COMPLAINT**

        WHEREAS, Plaintiff HK Capital ("Plaintiff") on January 30, 2024 filed a Third Amended Complaint ("TAC") in this action including causes of action against Nicky G Development Group LLC ("Nicky G"); and

        WHEREAS by the Opinion and Order of the Court filed May 21, 2024, the Court dismissed each of the causes of action contained in the TAC except the First and Second Causes of Action against Nicky G; and

4854-3541-3922.1

WHEREAS Plaintiff and Nicky G have agreed to discontinue Plaintiff's claims against Nicky G, as contained in the First and Second Causes of Action of the TAC.

NOW THEREFORE IT IS HEREBY STIPULATED TO AND AGREED that Plaintiff hereby withdraws and consents to the dismissal, with prejudice and without costs, of its First and Second Causes of Action against Nicky G as contained in the TAC.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by the parties in counterparts which together shall constitute one and the same agreement among the parties, and that an e-signature shall constitute an original signature for all purposes.

Dated: New York, New York
      August 8, 2024

| MOULINOS & LEVINAS PLLC | THE GLASS LAW GROUP PLLC |
|---|---|
| *(signature)* | *(signature)* |
| By: Peter Moulinos, Esq. | By: Maxwell Glass, Esq. |
| Attorneys for Plaintiff | Attorneys for Nicky G Development Group |
| 150 East 58th Street – 25th Floor | 59 Sheer Plaza |
| New York, New York 10155 | Plainview, New York 11803 |
| Tel: 212.832.5981 | Tel: 516.754.0500 |

4854-3541-3922.1